Rocco Magni
(*pro hac vice forthcoming*)
SUSMAN GODFREY L.L.P
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
rmagni@susmangodfrey.com

Eliza Finley
SUSMAN GODFREY L.L.P
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Fax: (310) 789-3150
efinley@susmangodfrey.com

Sarah Hannigan
(*pro hac vice forthcoming*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Fax: (212) 336-8340
shannigan@susmangodfrey.com

Attorneys For Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABLE EVENTS, INC. and COMBINE ENTERPRISES, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAMS GRAND PRIX ENGINEERING LIMITED, CLAIRE WILLIAMS, MICHAEL O'DRISCOLL, AND DOUG LAFFERTY,<br><br>Defendants. | Case No.:  5:26-cv-2962<br><br>**PREVIOUSLY ENTERED STIPULATION ON SERVICE AND BRIEFING DEADLINES** |



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| ABLE EVENTS, INC. and COMBINE ENTERPRISES, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAMS GRAND PRIX ENGINEERING LIMITED,<br><br>Defendant. | Case No. 2:26-CV-01340-SVW-PD<br><br>District Judge:  Hon. Christina A. Snyder<br>Magistrate Judge:  Hon. Patricia Donahue<br><br>[PROPOSED] ORDER ON SERVICE AND DEFENDANTS' JULY 13, 2026 RESPONSE |

-1-

**[PROPOSED] ORDER**

Before the Court is the Joint Stipulation on Service and Defendants' July 13, 2026 Response (the "Joint Stipulation"), entered into by Plaintiffs Able Events, Inc. and Combine Enterprises, LLC and Defendant Williams Grand Prix Engineering Limited in Central District of California case number 2:26-cv-01340-CAS-PD (the "Federal Proceeding"), and Plaintiffs Able Events, Inc. and Combine Enterprises, LLC and Defendants Williams Grand Prix Engineering Limited, Claire Williams, Michael O'Driscoll, and Doug Lafferty in Superior Court of the State of California case number 26STCV10743 (the "State Proceeding").

The Court finds good cause to grant the stipulation.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The Joint Stipulation is **GRANTED**.

2. Defendants Claire Williams, Michael O'Driscoll, and Doug Lafferty waive service of the State Proceeding complaint.

3. Defendant Williams Grand Prix Engineering Limited's Federal Proceeding response deadline shall be extended to July 13, 2026.

4. Following the removal of the State Proceeding to federal court, the response deadline for Plaintiffs' complaint currently pending in the State Proceeding shall be July 13, 2026 for all Defendants named in the State Proceeding.

5. Plaintiffs do not waive their right to file a motion to remand the State Proceeding.

**IT IS SO ORDERED.**

Dated: May 21, 2026

_____
Hon. Stephen V. Wilson
Judge, United District Court

-2-